# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE VIGIL,<br><br>             Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No.  1:16-cv-01677-SAB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO AMEND THE CAPTION IN THIS CASE<br><br>(ECF No. 6) |

     Plaintiff Yvonne Vigil filed the complaint in this action on November 3, 2016.  On November 16, 2016, Plaintiff filed a request to amend the caption in this case due to an inadvertent error by her counsel when opening the case.  Accordingly, the Court HEREBY ORDERS that Plaintiff's request to amend the caption in this case to Yvonne Vigil is granted and the caption shall be amended as reflected and listed above.

IT IS SO ORDERED.

Dated:   **November 18, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1