# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE VIGIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY.<br><br>　　　　Defendant. | Case No. 1:16-cv-01677-SAB<br><br>ORDER RE STIPULATION FOR RENEWED REQUEST FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>(ECF No. 18) |

On November 3, 2016, Plaintiff filed the present action seeking review of the Commissioner's denial of an application for benefits. On November 7, 2016, the Court issued a scheduling order. (ECF No. 5). On November 21, 2016, the Court issued an amended scheduling order with the new caption in this case. (ECF No. 9-1.) The amended scheduling order states that in the event Defendant does not agree to a remand, within thirty (30) days of service of Defendant's response to Plaintiff's confidential letter brief, Plaintiff shall file an opening brief. (ECF No. 9-1 at ¶ 6.) On May 23, 2017, Defendant filed a certificate of service stating that her response to Plaintiff's confidential letter brief was served on May 23, 2017. (ECF No. 15.) Plaintiff's opening brief was due on June 22, 2017.

After Plaintiff's deadline had passed for filing her opening brief, Plaintiff filed a stipulation on June 26, 2017, to extend the time to file her opening brief. (ECF No. 16.) On June 28, 2017, the Court denied Plaintiff's stipulation for an extension of time without prejudice

subject to renewal. (ECF No. 17.) On June 28, 2017, Plaintiff filed a renewed stipulation for an extension of time to file her opening brief. (ECF No. 18.)

Based upon a review of Plaintiff's stipulation for a renewed request for an extension of time, Plaintiff is granted an extension to July 24, 2017, to file her opening brief. Defendant's response to Plaintiff's opening brief shall be filed on or before August 23, 2017, and Plaintiff's reply, if any, shall be filed on or before September 7, 2017.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before July 24, 2017;
2. Defendant shall file a response to Plaintiff's opening brief on or before August 23, 2017; and
3. Plaintiff's reply, if any, shall be filed on or before September 7, 2017.

IT IS SO ORDERED.

Dated: **June 29, 2017**

UNITED STATES MAGISTRATE JUDGE