# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE VIGIL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 1:16-cv-01677-SAB<br><br>ORDER RE STIPULATION FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))<br><br>(ECF No. 25) |

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. §2412, fees in the amount of four thousand five hundred dollars and zero cents ($4,500.00) be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **October 31, 2017**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE